

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

ALI NABIEV,

        Petitioner,

    v.

IMMIGRATION AND CUSTOMS ENFORCEMENT, KRISTI NOEM, Secretary of the Department of Homeland Security, CHRISTOPHER J. LAROSE, Warden of Otay Mesa Detention Center, PATRICK DIVVER, ICE San Diego Field Office Director,

        Respondents.

Case No.: 26-cv-0731-BJC-BLM

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

**[ECF No. 7]**

On February 20, 2026, Ali Nabiev filed an amended petition for a writ of habeas corpus. ECF No. 7. Petitioner alleges that he entered the U.S. using CBP One on January 9, 2025, and he has been detained for fifteen months. *Id*. at 2. On April 13, 2026, the government amended its return to "concede[] that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." ECF. No. 11.

Accordingly, having shown good cause, the Court **GRANTS** the petition for a writ of habeas corpus. Respondent shall provide Petitioner with an individualized bond hearing under 8 U.S.C. § 1226(a) within fourteen (14) days, before a neutral

immigration judge in which the government bears the burden of establishing by clear and convincing evidence that Petitioner is a danger to the community or a flight risk if released.

**IT IS SO ORDERED.**

Dated:  April 20, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge